FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 20 2012

JAMES N. HATTEN, CLERK
By: Rachel Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA, :
                                   :
    Plaintiff, :
                                   :     CRIMINAL ACTION NO.
   v.                          :     1:11-cr-0460-AT-RGV
                                   :
ADRIAN CAMPBELL, :
                                   :
    Defendant. :

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation as to Defendant Adrian Campbell's competency to stand trial [Doc. 27].

The Court notes that no objections have been filed in response to the Magistrate Judge's Report and Recommendation. Therefore, in accordance with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has reviewed the Magistrate Judge's Recommendation for clear error and finds none. Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and

Recommendation as the opinion of this Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Court finds that Defendant Campbell is mentally competent to stand trial.

It is so **ORDERED** this 27th day of March, 2012.

Amy Totenberg
United States District Judge